UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
     Plaintiff,

vs.

11-L POMPANO, LLC and MOORE
RESTAURANT GROUP, INC.,
     Defendant(s).

Case No: 24-cv-60159-AHS

## **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff, RUDOLPH BETANCOURT, and Defendants, 11-L POMPANO, LLC and MOORE RESTAURANT GROUP, INC., by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

     Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
  *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(561) 573-2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
  *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 800-0405
WassenbergL@gmail.com

s/Alex B.C. Ershock
ALEX B.C. ERSHOCK, ESQ.
Florida Bar No. 100220
E- Mail: ABE@PBL-Law.com
PADULA BENNARDO LEVINE, LLP
3837 NW Boca Raton Blvd., Suite 200
Boca Raton, FL 33431
Telephone: (561) 544-8900
  *Attorney for Defendants*