RUDOLPH BETANCOURT,
    Plaintiff,

vs.

11-L POMPANO, LLC and MOORE
RESTAURANT GROUP, INC.,
    Defendant(s).

Case No: 24-cv-60159-AHS

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, RUDOLPH BETANCOURT, and Defendants, 11-L POMPANO, LLC and

MOORE RESTAURANT GROUP, INC., by and through their respective counsel, pursuant

to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice*

against Defendants, each party to bear their own attorney's fees and costs except as otherwise

agreed in writing.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
305-804-5435
WassenbergL@gmail.com

s/ Daniel Levine
Daniel R. Levine, Esq.
Florida Bar No. 57861
E-Mail: DRL@PBL-Law.com
PADULA BENNARDO LEVINE, LLP
3837 NW Boca Raton Blvd., Suite 200
Boca Raton, FL 33431
Telephone: (561) 544-8900
   *Attorney for Defendants*