UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60159-CIV-SINGHAL/STRAUSS

RUDOLPH BETANCOURT,

    Plaintiff,

v.

11-L POMPANO, LLC and MOORE
RESTAURANT GROUP, INC.,

    Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal with Prejudice (DE [27]) filed by the parties.   The Court having reviewed the Stipulation and being otherwise duly informed therein, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE,** each party to bear its own costs and attorney's fees except as otherwise agreed in writing.   The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 20th day of May 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF